UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  JESSE SCOTT<br>  MARGARETTE SCOTT<br>                              Debtors | CASE NO: 06-32127<br>         (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029238**

| Ct / Tee Claim # | Address | Amount |
|---|---|---:|
| 4/ 1,005 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 1.74 |
| 4/ 1,007 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 77.30 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service 06-32127

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JESSE SCOTT<br>MARGARETTE SCOTT<br>4680 LOTUS DRIVE<br>DAYTON, OH  45427 | MICHAEL J ELLERBROCK<br>4403 N MAIN ST<br>DAYTON, OH  45405 | (1005.1)<br>AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 |
| (1008.1n)<br>AMERICAN HOME MORTGAGE SERVICING INC<br>1525 S BELTLINE ROAD SUITE 100 N<br>COPPELL, TX  75019 | (1005.4)<br>JON J LIEBERMAN<br>LERNER SAMPSON ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201 | (1009.1n)<br>OPTION ONE MORTGAGE CORPORATION<br>1270 NORTHLAND DRIVE<br>SUITE 200<br>MENDOTA HEIGHTS, MN  55120 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv